**Melvin WILLIAMS, Petitioner–**
**Appellant,**

v.

**UNITED STATES PAROLE COMMIS-SION; Johnny Hughes; Sewall Smith, Warden, Respondents–Appellees.**

**No. 03–6797.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 8, 2003.

Michael E. Marr, Baltimore, Maryland, for Appellant. Thomas M. DiBiagio, United States Attorney, James G. Warwick, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Melvin Williams, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Williams v. United States Parole Comm'n*, No. CA–03–278–MJG (D. Md. entered Apr. 22, 2003; filed Apr. 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*